IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION


FILED
JUN -1 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### ORDER TO TRANSFER

It is hereby ORDERED that the following civil cases assigned to the docket of Honorable Judge Orlando L. Garcia are hereby TRANSFERRED to the docket of the Honorable Senior Judge Harry Lee Hudspeth. Pursuant to the Amended Order Assigning the Business of the Court effective November 1, 2008, the Clerk shall credit the case to the percentage of business of the receiving Judge. All Orders shall remain in effect unless otherwise ordered by the receiving Judge.

| Case Number | Case Name |
|---|---|
| SA-10-CV-335 OLG; | Wojcik v. Ameripath San Antonio 5.01(A) Corporation dba Ameripath South Texas |
| SA-10-CV-865 OLG; | Tim Lamb Group, Inc. v. Perez, et. al. |
| √ SA-10-CV-925 OLG; | Acosta v. Experian Information Solutions, Inc. |
| SA-10-CV-953 OLG; | Keen v. Corinthian Schools, Inc., et. al. |
| SA-11-CV-059 OLG; | Guilani v. Chase Investment Services Corp, et. al. |
| SA-11-CV-268 OLG; | Barney v. Hill Country Shooting Sports Center, Inc. et. al. |
| SA-11-CV-282 OLG; | Richter v. United States Gypsum Company |
| SA-11-CV-300 OLG; | Hussien v. Johnson Controls, Inc. et. al. |
| SA-11-CV-406 OLG; | Schindler vs. Concord Neighborhood Corporation |
| SA-11-CV-410 OLG; | Valenzuela v. Communities in Schools of South Central Texas, Inc., et. al. |

SIGNED this __1__ day of June 2011.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE